KATHRYN F. O'BRIAN, Respondent, v. HIGHLAND HOSPITAL OF ROCHESTER, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of FLORENCE NEWBORN, Appellant, for an Order of Prohibition against Hon. JOSEPH M. FEELY, Individually and as Surrogate for the County of Monroe, and Others, Respondents, and ARTHUR M. NEWBORN, Individually and as Trustee of an Express Trust Executed between Him and JOHN E. GARLAND and as Proponent of a Will Executed by JOHN E. GARLAND, Respondent-Appellant.— Orders affirmed, with one bill of ten dollars costs and disbursements. All concur. (One order directs a jury trial in a prohibition proceeding; another appoints a guardian ad litem for a defendant; another brings in a new party; and another denies a motion to vacate previously mentioned orders.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE EAST SIDE SAVINGS BANK OF ROCHESTER, Respondent, v. ROCH-PITT REALTY CORPORATION, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to stay sale in a mortgage foreclosure action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

WILLIAM MACON, Respondent, v. THE CITY OF AUBURN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries sustained when the roof of a shack was blown into the path of an automobile. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MIRIAM MACON, Respondent, v. THE CITY OF AUBURN, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

HAROLD FARLEY and Another, Appellants, v. THE EMPLOYERS' FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action to recover damages to a truck under a fire insurance policy.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GENEVIEVE W. GREENE, Appellant, v. LOCKPORT EXCHANGE TRUST COMPANY and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. (Order entered November 4, 1936.)

REMINGTON RAND, INC., and Others, Respondents, v. VERNON M. CROFOOT, Individually and as President of Machinists Local Union No. 381, and Others, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 248 App. Div. 356.] Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ. (Order entered November 4, 1936.)